

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00572-CR

| | | |
|---|---|---|
| Armando Agusitin Hernandez | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1289389D) |
| v. | § | July 3, 2014 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that appellant Armando Agusitin Hernandez was convicted of injury to a child by knowingly causing serious bodily injury. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel_____
     Justice Lee Gabriel